UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:  CHAPTER 13

LORI SUSAN STURM  CASE NO. 13-82522

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:** Select Portfolio Servicing Inc.   **Court claim #: 1**

**Last four digits** of any number used to identify the debtor's account: 2933

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $28150.31 (Per allowed amended claim) |
| Amount Paid by Trustee | $28150.31 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐ Thru the Chapter 13 Plan   ☒ Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  11/19/18   /s/Lydia S. Meyer
  Lydia S. Meyer, Trustee
  308 W. State St., Suite 212
  Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 19th Day of November, 2018

Dated:  11/19/18   /s/Cynthia K. Burnard

SELECT PORTFOLIO SERVICING INC
PO BOX 65450
SALT LAKE CITY, UT 84165

SPS
C/O KLUEVER & PLATT LLC
65 E. WACKER PLACE, SUITE 2300
CHICAGO, IL  60601-7244

SELECT PORTFOLIO SERVICING INC
3815 SOUTH WEST TEMPLE
SALT LAKE CITY, UT 84115

LORI SUSAN STURM
35925 SCRIVINS ROAD
KINGSTON, IL  60145

ATTORNEY GARY C. FLANDERS
ONE COURT PLACE, #201
ROCKFORD, IL  61101